# IN THE SUPREME COURT OF THE STATE OF NEVADA

| IN THE MATTER OF THE ADOPTION OF MINOR CHILDREN BY EVELYN R. W. | No. 79746 |
| --- | --- |
| SASHA M.,                 Appellant,<br>vs.<br>EVELYN R. W.,       Respondent. | |

FILED

NOV 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decree of adoption. Second Judicial District Court, Washoe County; Bridget E. Robb, Judge.

Review of the notice of appeal reveals that appellant is not aggrieved by the adoption decree and thus lacks standing to appeal. *See* NRAP 3A(a) (allowing an appeal by an aggrieved party); *Matter of T.L.*, 133 Nev. 790, 792, 406 P.3d 494, 496 (2017) (a party is aggrieved when a personal right or right of property is substantially and adversely affected by a ruling of the district court). Appellant is the biological mother of the minor children adopted by respondent. The documents before this court indicate that appellant's parental rights were terminated in November of 2018 and appellant did not appeal the termination. Thereafter, respondent filed a petition to adopt the children. The district court granted the petition and entered the adoption decree appellant challenges on appeal. Because appellant no longer has any parental rights, she does not have any substantial interest affected by the adoption decree, and is not aggrieved by the decree. *See In re K.C.*, 128 Cal.Rptr.3d 276, 255 P.3d 953, 956 (2011)

19-48311

(recognizing that termination of parental rights also terminates the parent's interest in the child's placement), *cited in Matter of T.L.* 133 Nev. at 794 n.3, 406 P.3d 498 n.3. Appellant thus lacks standing to appeal and this court

ORDERS this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Cadish_____, J.
Cadish

cc:   Hon. Bridget E. Robb, District Judge
Sasha M.
Jennifer S. Anderson
Washoe District Court Clerk